UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDIO DAREZZO,

                Plaintiff,

-against-

TALLWATER LLC d/b/a FRANKLY WINES
AND WESTBROAD COMPANY LLC,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/2023

23 Civ. 8368 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is ORDERED that by **January 19, 2024**, Plaintiff shall initiate default judgment proceedings as to Defendant TALLWATER LLC d/b/a FRANKLY WINES pursuant to Attachment A of this Court's Individual Practices in Civil Cases or otherwise take steps to prosecute this action.

    SO ORDERED.

Dated: December 12, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge